UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| BRANDON SYLVESTER,<br><br>　　Plaintiff,<br><br>v.<br><br>PRIMAL FLOWBACK & RENTALS, LLC,<br><br>　　Defendant. | No. 1:22-CV-122-H |

## ORDER OF DISMISSAL

Before the Court is the parties' joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 16. The joint stipulation is approved. It is ordered that Brandon Sylvester's claims against Primal Flowback & Rentals, LLC are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on December 22, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE